

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable Maco Stewart, President
State Board of Education
Austin, Texas

Dear Sir:

Opinion No. O-6657
Re: Whether State Board of
Education may purchase
and distribute recorded
Spanish Exercises and
pay for same out of the
free Textbook Fund.

Your request for opinion has been received
and carefully considered by this department. We quote
from your request as follows:

"The Forty-Ninth Legislature which
adjourned recently enacted S. B. No. 328 with
sufficient votes to make it immediately effective.
This bill was filed without the Governor's sig-
nature with the Secretary of State on June 4th,
so that it is now operative as a statute. The
essential part of the bill reads as follows:
'The State Board of Education is hereby au-
thorized and empowered and directed to purchase
textbooks and recorded Spanish exercises for the
teaching of the Spanish language in such grades
or sections of grades so designated by said Board
of Trustees, and to distribute such books without
cost to the pupils.' The bill is an amendment of
Section 2 of Article 2911a (Acts of 1941, Forty-
Seventh Legislature).

"Earlier this week at a meeting of
the State Board of Education, a committee of
citizens of the State appeared urging the immediate
adoption of a set of recorded Spanish exercises for
use in the public schools of Texas. However, the

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Hon. Maco Stewart - Page 2

State Board of Education was not sure that
recorded Spanish exercises could be classified
as textbooks. Since the constitutional pro-
vision stipulates that free textbooks are to
be supplied as set forth in Section 3 of Article 7
of the Constitution in these words, 'and it shall
be the duty of the State Board of Education to
set aside a sufficient amount out of said tax to
provide free textbooks for the use of children
attending the public free schools of this state',
the State Board desires your interpretation of
the law with respect to this problem. Please
supply us with a ruling on the following questions:

"(1) May the State Board of Educa-
tion purchase and distribute recorded Spanish
exercises and pay for them out of the Free
Textbook Fund?

"(2) If you answer the foregoing in
the affirmative, then is the Board of Education
limited to the purchase of recorded Spanish ex-
ercises, or may it purchase other recordings
and teaching aids?

"Those portions of the statutes deal-
ing with the purchase and distribution of free
textbooks (Articles 2842-2876j) have been ex-
amined, and in no instance have we found the
use of any terms other than those of books,
texts, and textbooks' having been listed as com-
modities to be supplied and paid for out of the
Textbook Fund. Moreover, a specific list is
supplied in Articles 2843, 2844, 2844a and 2911a
of those subjects for which textbooks are to
be furnished. Moreover, Article 2876j implies
that the plan is to be considered as a complete
plan for the adoption, purchase, distribution
and use of free textbooks to be supplied to the
public free schools of the state."

Article 7, Section 3, Constitution of Texas, reads in part as follows:

". . . and it shall be the duty of the State Board of Education to set aside a sufficient amount out of the said tax to provide free text-books for the use of children attending the public free schools of this State; . . ."

Article 2911a, Vernon's Annotated Texas Civil Statutes (Section 2 of which was later amended by S. B. 328, 49th Legislature of Texas, infra) reads as follows:

"Spanish in elementary grades, teaching of; text books

"Sec. 1. The Board of Trustees of Independent and Common School Districts in this State shall have the power to designate certain grades of the elementary schools in their respective districts and to designate certain grades or sections of grades above the second grade in such schools in which the teaching of the Spanish language may be a part of the curriculum.

"Sec. 2. The State Board of Education is hereby authorized and empowered and directed to purchase text books for the teaching of the Spanish language in such grades or sections of grades so designated by said Board of Trustees, and to distribute such books without cost to the pupils.

"Sec. 3. Nothing in this Act shall be construed to restrict in any wise the teaching of the Spanish or other modern language in the public high schools of this State or the supplying of free text books therefor, as now authorized by law. The manner and condition of selecting, purchasing and distributing the text books authorized by this Act shall be the same as now provided with respect to free text books generally by Title 49, Chapter 16 of the 1925 Revised Civil Statutes of the State of Texas, as amended to the effective date of this Act. Acts 1941, 47th Leg. p. 125 ch. 98."

Hon. Maco Stevart - Page 4

Senate Bill 328, 49th Legislature of Texas, reads as follows:

"S. B. No. 328

"AN ACT

amending Section 2 of Article 2911a (Acts 1941, 47th Legislature) authorizing the State Board of Education to purchase text books and recorded Spanish exercises for teaching the Spanish language in such grades or sections of grades as may be designated by Board of Trustees in Independent and Common School Districts of the state; and declaring an emergency.

"BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

"Section 1. Section 2 of Article 2911a (Acts 1941, 47th Legislature) be amended so as to hereafter read as follows:

"'Section 2. The State Board of Education is hereby authorized and empowered and directed to purchase text books and recorded Spanish exercises for the teaching of the Spanish language in such grades or sections of grades so designated by said Board of Trustees, and to distribute such books without cost to the pupils.'

"Sec. 2. The fact that elementary Spanish text books alone are not entirely suitable for giving instructions in Spanish in the elementary grades, and because it has been found that oral expression of the Spanish language is the most effective method of teaching it to children, and because elementary pupils should be taught to speak Spanish effectively and naturally; and because of the further fact that suitable recorded Spanish exercises have recently been developed for Texas schools and are now available; create an emergency and an imperative public necessity that the Constitutional Rule requiring bills to be read on three several days in each House be suspended, and the same is hereby suspended, and this Act shall take effect and be in force from and after its passage, and it is so enacted."

Hon. Maco Stewart - Page 5

Opinion No. 0-2400 of this department defines the term "textbook". We quote from said opinion as follows:

"The Legislature has not defined the word 'text-books' in this statute, and therefore we believe it was intended in the sense it is ordinarily used. In the case of T. & P. Ry. Co. v. Railroad Commission of Texas, 105 Tex. 386, 150 S. W. 878, the Supreme Court of Texas said:

"'Words in common use when used by the Legislature in a statute are to be understood as intended to express the sense in which they are ordinarily used. Lewis, Const. Stat. Vol. 2 p. 654 |358.'

"The word 'textbook' has a well defined meaning. It is defined in Webster's New International Dictionary, 2nd Ed. Unabridged, as follows:

"'Originally, a book on which a teacher lectures or comments; hence, any manual of instruction; a book containing a presentation of the principles of a subject, intended to be studied by the pupil and used as a basis of instruction by the teacher.'

"The only appellate court case we have found that deals with the meaning of the word 'textbooks' is the case of School District of Ferndale vs. School District of Conemaugh Township, 326 Pa. 141, 191 A. 611, which goes farther than we are going in this opinion and holds that 'textbooks' include all 'books which must be studied to complete text-book work.'"

Clearly, a recorded Spanish exercise is not a "textbook".

The constitutional authorization for the purchase and

free distribution of textbooks for the use of the school children of this State will not authorize the purchase and free distribution of things other than textbooks.

We therefore answer your first question in the negative. Having so answered, it becomes unnecessary to answer your second question.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By      Wm. J. Fanning
Assistant

WJF:DT

APPROVED JUN 26 1945

FIRST ASSISTANT
ATTORNEY GENERAL

THIS OPINION CONSIDERED AND APPROVED IN LIMITED CONFERENCE



APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN